UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DIGNA RUIZ, on behalf of herself and all others similarly situated,<br><br>     Plaintiff,<br><br>v.<br><br>CITIBANK, N.A.,<br><br>     Defendant. | Civ. No.: 10-cv-5950 (JGK) (THK)<br><br>**Judge John G. Koeltl**<br><br>**Magistrate Judge Theodore H. Katz** |
| FREDERICK WINFIELD, et al.,<br><br>     Plaintiff,<br><br>v.<br><br>CITIBANK, N.A.,<br><br>     Defendant. | Civ. No: 10-cv-7304 (JGK) (THK) |

## [PROPOSED] ORDER

IT IS HEREBY ORDERED that Plaintiffs' are granted leave to file the following materials under seal:

1. An unredacted version of Plaintiffs' Memorandum of Law in Support of Motion for Conditional Certification as an FLSA Collective Action and For Court-Authorized Notice to Similarly Situated Individuals.

2. An unredacted version of Plaintiffs' Compendium of Relevant Testimony to Plaintiffs' Motion for Conditional Certification as an FLSA Collective Action and For Court-Authorized Notice to Similarly Situated Individuals.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 1/30/12

3. An unredacted version of the Declaration of Murielle J. Steven Walsh in Support of Plaintiffs' Motion for Conditional Certification as an FLSA Collective Action and For Court-Authorized Notice to Similarly Situated Individuals.

4. Unredacted versions of Exhibits 7–20, 23–25 to the Declaration of Murielle J. Steven Walsh in Support of Plaintiffs' Motion for Conditional Certification as an FLSA Collective Action and For Court-Authorized Notice to Similarly Situated Individuals.

So Ordered,

_____
Hon. John G. Koeltl

1/27/12

The Clerk is directed to Close Docket No. 38.
So Ordered.
/s/ G. Koeltl
U.S.D.J.
1/27/12

2