

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DIGNA RUIZ, on behalf of herself and all others similarly situated, | :<br>: |
| Plaintiff, | : Civ. A. No. 10-cv-5950 (KPF/RLE) |
| v. | : |
| CITIBANK, N.A., | : |
| Defendant | : |
| FREDRICK L. WINFIELD, ZULMA G. MUNIZ, JAMES STEFFENSEN and ADORAM SHEN, Individually And On Behalf Of All Others Similarly Situated, | :<br>:<br>: Civ. A. No. 10-cv-7304 (KPF/RLE) |
| Plaintiffs, | : |
| v. | : |
| CITIBANK, N.A., | : |
| Defendant | |

## ~~PROPOSED~~ ORDER

WHEREAS, Defendant Citibank, N.A. served interrogatories and document requests upon Opt-In Plaintiffs Brian Araujo, Eliyahu Lederman, Ethel Lindsey, Matthew Nyden, Hemrajie Persaud, and Ting Yen Wang in the above reference cases;

WHEREAS, the parties agreed that responses to these discovery requests would be due by February 25, 2013; and

WHEREAS, these Opt-in Plaintiffs have still not responded to the interrogatories and document requests served upon them;

AND NOW, therefore, it is hereby ORDERED this 27th day of June, 2013 that Opt-in Plaintiffs Brian Araujo, Eliyahu Lederman, Ethel Lindsey, Matthew Nyden, Hemrajie Persaud,

DB1/ 74503503.1

and Ting Yen Wang shall respond to the interrogatories and documents requests served upon them within thirty (30) days of date of this Order. It is FURTHER ORDERED that Opt-in Plaintiffs' failure to comply with this Order and submit their responses within thirty (30) days of the date of this Order may result in the dismissal of their claims with prejudice.

Plaintiffs' counsel shall promptly send this Order to the Opt-in Plaintiffs Brian Araujo, Eliyahu Lederman, Ethel Lindsey, Matthew Nyden, Hemrajie Persaud, and Ting Yen Wang at the addresses Plaintiffs' counsel have used to contact them previously.

SO ORDERED this 27th day of June 2013
New York, New York

_____
The Honorable Ronald L. Ellis
United States Magistrate Judge